UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                 CASE NO. 05 B 47255
   DINA M MUNIZ
   JORGE MUNIZ-CHACON                  CHAPTER 13

                                       JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9720    SSN XXX-XX-3865
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/05 and confirmed on 12/27/05.

   2.  The case was converted to Chapter 7 after confirmation, 01/21/2009.

   3.  The Debtor paid a total of $ 17854.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1669.72 | .00 | 1669.72 |
| GMAC PAYMENT CENTER | SECURED | 20513.32 | 4816.80 | 7823.52 |
| HARLEY DAVIDSON CREDIT | UNSECURED | 9168.98 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1909.89 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2305.57 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 290.50 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 108.59 | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | 799.78 | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 8207.17 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1022.98 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 145.81 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2705.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2631.32 | .00 | .00 |
| CENTRAL STATES OPEN MRI | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 3351.91 | .00 | .00 |
| CHILDRENS & TEENS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| LESLIE B WARDELL DDS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 489.25 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21094.90 | .00 | .00 |
| MEDICAL CENTER ANESTHESI | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| PIER I IMPORTS INC | UNSECURED | 2620.32 | .00 | .00 |
| ROMINSKI ACTIVE HEALTHCA | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TFC CREDIT CORP | UNSECURED | 2141.20 | .00 | .00 |
| TIMBER TRAILS #7 CONDO A | FILED LATE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1286.19 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 400.00 | .00 | 400.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1569.00 | .00 | .00 |

Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22183.04 | 6184.46 | 56064.05 | .00 | 84431.55 |
| PRINCIPAL PAID | 9493.24 | 400.00 | .00 | .00 | 9893.24 |
| INTEREST PAID | 4816.80 | .00 | .00 | .00 | 4816.80 |
| TOTAL PAID | 14310.04 | 400.00 | .00 | .00 | 14710.04 |

The Debtor's attorney, ROBERT W GOLDSMITH            , was allowed $   2700.00
and was paid $    360.00  direct and $   2340.00   through the plan.

The Trustee received $    803.96 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/18/09              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE